No. 72–1420. PEPSICO, INC. v. FEDERAL TRADE COMMISSION ET AL.; and
No. 72–1422. PEPSI-COLA BOTTLING COMPANY OF CORVALLIS, INC. v. FEDERAL TRADE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART

took no part in the consideration or decision of these petitions. Reported below: 472 F. 2d 179.